Adam S. Paris (SBN 190963)
parisa@sullcrom.com
SULLIVAN & CROMWELL LLP
1888 Century Park East, Suite 2100
Los Angeles, California 90067-1725
Telephone: (310) 712-6600
Facsimile: (310) 712-8800

Attorney for Petitioner
BARCLAYS BANK PLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE APPLICATION OF BARCLAYS BANK PLC FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 TO CONDUCT DISCOVERY FOR USE IN A FOREIGN PROCEEDING,<br><br>Petitioner. | Case No. 2:17-mc-00133-UA-AFM<br><br>**NOTICE OF WITHDRAWAL OF BARCLAYS' APPLICATION FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782** |

On November 14, 2017, the Court issued an order (the "Order") staying the above-captioned proceeding, which relates to Barclays Bank PLC's *Ex Parte* Application for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in a Foreign Proceeding (ECF No. 1) (the "Application"). (ECF No. 11.) In the Order, the Court directed Barclays to provide a status report by January 3, 2018 and every month thereafter "until the matter is ready to be either adjudicated or withdrawn." (*Id.*) Pursuant to the Order, Barclays submits this Notice of Withdrawal, by which Barclays provides the Court a status report and, in light of the recent developments described, withdraws the Application.

As Barclays has previously informed the Court (ECF No. 1), Barclays filed the Application to obtain the testimony of Roger Jenkins at trial in a civil proceeding currently pending in the Commercial Court of the Business and Property Courts of England and Wales (the "Commercial Court"), *PCP Capital Partners LLP* v. *Barclays Bank PLC*, CL-2016-000049 (the "PCP Litigation"), which was, at the time the Application was filed, set for trial beginning on January 22, 2018.

As explained in Barclays' Supplemental Memorandum in Support of the Application (ECF No. 9), on November 9, 2017, on Barclays' motion, the Commercial Court stayed the PCP Litigation in light of the ongoing criminal proceedings that relate to the subject matter of the PCP Litigation, and ordered that the trial be adjourned until October 2019 (the "Stay Order").

On November 14, 2017, PCP Capital Partners LLP and PCP International Finance Limited (collectively, "PCP") appealed the Stay Order, and, on December 1, 2017, the UK Court of Appeal denied that appeal. As a result, the PCP Litigation will remain stayed until October 2019. The trial has been rescheduled to start on October 9, 2019 (with the judge's pre-reading starting on October 1, 2019).

   Because there is no longer any imminent need to obtain Mr. Jenkins' testimony in the PCP Litigation and the dates on which it will be required will not be certain until closer to the start of trial, Barclays hereby withdraws the Application without prejudice to its right to file a new application if and when it is appropriate to request such relief.

Dated: January 2, 2018

/s/ Adam S. Paris
Adam S. Paris
parisa@sullcrom.com
SULLIVAN & CROMWELL LLP
1888 Century Park East, Suite 2100
Los Angeles, California  90067-1725
Telephone:  (310) 712-6600
Facsimile:  (310) 712-8800

*Attorney for Petitioner*
*Barclays Bank PLC*